IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16cv132

| | |
|---|---|
| TRIBAL CASINO GAMING ENTERPRISE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) ORDER |
| W.G. YATES & SONS CONSTRUCTION COMPANY, et al., | ) ) ) ) |
| Defendants. | ) ) |

Pending before the Court is the Motion to Dismiss [# 13] filed by Defendants Chomarat US, Inc. and Chomarat North America, LLC ("Defendants"). After Defendants filed their motion, Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice as to Defendants. Having voluntarily dismissed the claims asserted against Defendants, the Court **DENIES as moot** the Motion to Dismiss [# 13].

Signed: July 26, 2016

_____
Dennis L. Howell
United States Magistrate Judge

-1-