# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16cv132

| | |
|---|---|
| TRIBAL CASINO GAMING ENTERPRISE, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | ORDER |
| W.G. YATES & SONS CONSTRUCTION COMPANY, et al., ) ) ) ) | |
| Defendants. ) ) | |

Pending before the Court is the Joint Motion for Discovery Deadline Extension [# 32]. For good cause shown, the Court **GRANTS** the motion [# 32]. The parties shall have ten (10) days from the date the District Court rules on the pending Motions to Stay to submit their Rule 26(f) Initial Attorney's Conference Certificate and Report and Discovery Plan and the required disclosures under Rules 26(a).

Signed: August 31, 2016

Dennis L. Howell
United States Magistrate Judge