THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00132-MR-DLH

| | |
|---|---|
| TRIBAL CASINO GAMING ENTERPRISE, ) ) ) Plaintiff, ) ) vs. ) ) W.G. YATES & SONS ) CONSTRUCTION COMPANY, et al., ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Status Report [Doc. 39].

The parties report that they are currently engaged in discovery, that they have several motions pending before the Arbitration Panel, and that the hearing on the merits is scheduled to being on October 10, 2017, and run through October 27, 2017. [Doc. 39].

In light of the parties' Status Report, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that the parties shall provide the Court with a report regarding the status of their arbitration proceedings every 90 days until the conclusion of such proceedings.

**IT IS SO ORDERED.**  Signed: July 7, 2017

Martin Reidinger
United States District Judge