# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| TRIBAL CASINO GAMING ENTERPRISE, | ) ) ) | JUDGMENT IN CASE |
| Plaintiff, | ) ) | 1:16-cv-00132-MR-DLH |
| vs. | ) ) | |
| W.G. YATES & SONS CONSTRUCTION COMPANY, at al., | ) ) ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 18, 2018 Order.

April 18, 2018

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court